**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:         David Hyman and Renee Matturro v. KD Resources, LLC

Appellate case number:    01-20-00059-CV

Trial court case number:   2012-32430

Trial court:                         129th District Court of Harris County

On May 11, 2021, this Court abated the appeal and remanded to the trial court to file findings of fact and conclusions of law as requested by the appellants. On June 24, 2021, appellee filed a motion to reinstate the appeal. On June 30, 2021, a supplemental clerk's record was filed containing the trial court's findings of fact and conclusions of law.

Accordingly, we **GRANT** appellee's motion and reinstate the appeal on the active docket.

It is so ORDERED.

Judge's signature: _____/s/ Peter Kelly_____
                                ☑ Acting individually     ☐ Acting for the Court

Date: ____July 13, 2021____